```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

**TIMOTHY C. BURROUGHS,**          :

    **Plaintiff,**                :

**vs.**                              :   CIVIL ACTION 08-00128-KD-B

**MOBILE COUNTY SHERIFF'S**         :
**DEPARTMENT,** *et al.*,
                                  :
    **Defendants.**
                                  :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 19th day of August, **2008**.

                                                      **/s Kristi K. DuBose**
                                                    **KRISTI K. DuBOSE**
                                                     **UNITED STATES DISTRICT JUDGE**